=====================================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__  **DISTRICT OF**  __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:13-cv-1347 (GLS/ATB)**

**THOMAS E. BOWLES III**

v.

**STATE OF NEW YORK**

| | |
|---|---|
| _____ | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| __X__ | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that Magistrate Judge Andrew T. Baxter's November 12, 2013 Order and Report-Recommendation (Dkt. No. 5) is ADOPTED in its entirety. That Bowles' complaint (Dkt. No. 1) is DISMISSED WITH PREJUDICE, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on May 22, 2014.**

__May 22, 2014__                                   __LAWRENCE K. BAERMAN__
                                                            CLERK OF THE COURT


                                                    BY:    S/ _____
                                                            DEPUTY CLERK
                                                            John Law