#1:13-CV-1347

Thomas E. Bowler III vs State of New York

Order to Read papers submitted

I do not owe any back tax on 1549 7th Ave Watervliet, NY and my home was improperly taken by In Rem foreclosure for back tax Oct 28, 2008. This error needs to be corrected as my constitutional rights have been violated for 6 years with loss of asset plus income causing irreversable damage which is why I sent an extraordinary Writ of prohibition. I need a conference call immediately to correct this error.

Thomas E. Bowler III
30 Eberle Rd
Latham, NY 12110
5189286442

On May 22, 2014, plaintiff's complaint was dismissed with prejudice. See Dkt. No. 12. THEREFORE, IT IS ORDERED that plaintiff's request for a conference (Dkt. No. 30) is DENIED.

Dated: November 25, 2014
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief Judge
U.S. District Court